```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        NOV 2 6 2012

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            Plaintiff,         )<br>vs.                                        )<br>                                              )<br>MELANIE PASCUA,              )<br>            Defendant.       )<br>                                              ) | 2:11-cr-434-LDG-PAL<br><br>ORDER |

On November 27, 2012, the court granted Kalani K. Hoo's "Motion to Withdraw" (#302) and ordered new counsel appointed. Therefore, with good cause appearing;

IT IS HEREBY ORDERED that Jonathan L. Powell, Esq. is appointed as counsel for Melanie Pascua in place of Kalani K. Hoo, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Hoo shall forward the file to Mr. Powell forthwith.

DATED this 27th day of November, 2012.

Nunc Pro Tunc Date: November 26, 2012.

PEGGY A. LEEN
United States Magistrate Judge